870 F.2d 93
 ATLANTIC AVENUE OIL & GAS, LTD., Plaintiff-Appellant,
v.
TEXACO REFINING AND MARKETING INC. and Amoco Oil Company,
Defendants-Appellees.
 No. 889, Docket 88-9049.
 United States Court of Appeals,
Second Circuit.
 Argued March 13, 1989.
Decided March 30, 1989.
 
 Hewitt L. Rubel, New York City (Maggin & Swan, New York City, of counsel), for plaintiff-appellant.
 Joseph P. Foley, White Plains, N.Y., for defendant-appellee, Texaco Refining and Marketing Inc.
 Richard R. Lutz, New York City (Michael S. Belohlavek, Mathew S. Rosengart, Townley & Updike, New York City, of counsel), for defendant-appellee Amoco Oil Co.
 Before MESKILL and NEWMAN, Circuit Judges, and CONBOY,* District Judge.
 PER CURIAM:
 
 
 1
 This is an appeal from a judgment of the United States District Court for the Eastern District of New York, Nickerson, J., denying the motion of plaintiff-appellant Atlantic Avenue Oil & Gas, Ltd. for a preliminary injunction and dismissing its complaint.
 
 
 2
 The judgment of the district court is affirmed substantially for the reasons set out in Judge Nickerson's opinion below, 699 F.Supp. 27 (E.D.N.Y.1988).
 
 
 
 *
 Honorable Kenneth Conboy, United States District Judge for the Southern District of New York, sitting by designation